650

SCHULTZ, Appellant, vs. E. I. DuPONT DeNemours & COMPANY, INC., Respondent.

For the appellant: *Seher & Seher* of Milwaukee.
For the respondent: *Lines, Spooner & Quarles,* attorneys, and *Chas. B. Quarles* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

HOEPPNER, Administratrix, Appellant, vs. E. I. DuPONT DeNemours & COMPANY, INC., Respondent.

For the appellant: *Seher & Seher* of Milwaukee.
For the respondent: *Lines, Spooner & Quarles,* attorneys, and *Chas. B. Quarles* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

GUELL (CARL), Respondent, vs. RUSCH, Appellant.
GUELL (FRIEDA), Respondent, vs. RUSCH, Appellant.
[Two notices of appeal.]

For the appellant: *Hannan, Johnson & Goldschmidt* of Milwaukee, and *John A. Thiel* of Mayville, attorneys, and *Martin R. Paulsen* of counsel, of Milwaukee.

For the respondents: *C. P. Keck* of Fond du Lac, and *A. W. Lueck* of Beaver Dam.

*By the Court.*—Judgments affirmed.